## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:12−cr−01004
Honorable Robert M. Dow Jr.

Paul Madison, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 8, 2019:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held and continued to 2/7/2019 at 9:00 a.m. Motion hearing held. Defendant's counsel participates by telephone. Defendant's motion for extension of time to 2/4/2019 to file post−trial motions [194] is granted without objection. Notice of motion date of 1/10/2019 is stricken and no appearances are necessary on that date. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.