# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                               Plaintiff,

v.                                           Case No.: 1:12–cr–01004

                                           Honorable Robert M. Dow Jr.

Paul Madison, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 13, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Defendant's motion for leave to file correct reply document [226] is granted. Notice of motion date of 1/14/2020 is stricken and no appearances are necessary on that date. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.